**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIM. NO. 8:26-CR-0004 (LKG)** |
| | * | |
| **JAMES E. LEE, JR.** | * | |
| | * | |
| | ******* | |

## MOTION TO FILE UNDER SEAL

The United States of America submits this motion to file a scheduling-related request under seal.  In support of this motion, the government states as follows:

1.      The scheduling-related request contains sensitive information and no reasonable alternative to sealing is available.  Redaction is not feasible in this instance, and the interests in sealing outweigh the interests of disclosure on the docket.  *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 63 (4th Cir. 1989) (describing standards for sealing)

2.      Counsel will file a hard copy of the scheduling-related request with the Court and intends to serve defense counsel with a copy of the sentencing-related request in compliance with Fed. R. Crim. P. 49(a)(3)(B) or (a)(4).

WHEREFORE, the Government respectfully requests that the Court grant the Government's Motion to File Under Seal.

Respectfully submitted,

Edward P. Sullivan
Acting Chief, Public Integrity Section

_____
Edward P. Sullivan
Acting Chief, Public Integrity Section
U.S. Department of Justice
1301 New York Ave., NW, 10th Floor
Tel:  202-514-1412
Email:  Edward.Sullivan@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing with the Court via CM/ECF, which sent a copy to counsel of record.

_____
Edward P. Sullivan